IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

IN RE:

RENEE M. NINNEMAN,

    Debtor-Appellant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-157-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered affirming the December 6, 2011 decision of United States Bankruptcy Judge Thomas S. Utschig.

_Peter Oppeneer_        11/20/12
Peter Oppeneer, Clerk of Court        Date